# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN CLARK,

     Appellant,

   vs.

FARIDAH CLARK,

     Respondent.

No. 81823

FILED

DEC 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY:_____

cc: Hon. Thomas W. Gregory, District Judge
  Carolyn Worrell, Settlement Judge
  Fennemore Craig P.C./Reno
  Berkich Lucey Law Group/Reno
  Faridah Clark
  Douglas County Clerk